```
                                    F I L...
                                    ....
                                    '07 NOV 13  PM 12 17
                                    ....
                                    BY_____
                                      DEPUTY CLERK
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| CARLTON H. SCRANTON,<br><br>                Plaintiff,<br><br>vs.<br><br>WARDEN MacDONALD, et al.,<br><br>                Defendants. | No. CV-07-69-GF-SEH<br><br>**ORDER** |

      On October 11, 2007, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

      Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

---

[1] Document No. 5

ORDERED:

1. Plaintiff's federal claims are DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

2. All state law claims are DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c)(1) and (3).

3. Any appeal from this disposition will not be taken in good faith as the exhibits to the Complaint conclusively establish that Defendants were not deliberately indifferent to Plaintiff's medical needs. Fed. R. App. P. 24(a)(3). Defendants responded promptly to Plaintiff's medical concerns. The interruptions in Plaintiff's prescription medication supply were only occasional, with the longest interruption lasting approximately 10 days. No showing has been made that any actual injury resulted from the temporary interruptions.

DATED this 13th day of November, 2007.

SAM E. HADDON
United States District Judge